IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROSA BAUZO-VAZQUEZ, et al

Plaintiffs

v.                                                                    CV. 14-1580 (CVR)

HILTON WORLDWIDE, INC., et al

Defendants

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, has issued an Opinion and Order on December 10th, 2018 (Dkt. 85) granting defendant's Motion for Summary Judgment (Dkt. 64) and dismissing this case with prejudice. WHEREFORE, it is

**ORDERED AND ADJUDGED** that all of plaintiffs' claims against defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 19th day of December 2018.

FRANCES RIOS DE MORAN
CLERK OF COURT

S/ Yelitza Rivera-Buonomo
Deputy Clerk